1

2

3

4

5                           UNITED STATES DISTRICT COURT

6                          NORTHERN DISTRICT OF CALIFORNIA

7

8    DYRELL W. JONES,                          No. C-13-4350 EMC (pr)

9              Plaintiff,

10        v.                                   **ORDER OF DISMISSAL**

11   COUNTY OF CONTRA COSTA; *et al.*,

12             Defendants.
     _____/

13

14        This *pro se* prisoner's civil rights action originally was filed by Dyrell Jones.  Although only

15   he signed the original complaint, two additional inmates signed the first amended complaint.  The

16   Court determined that each plaintiff had to proceed in a separate action for the reasons explained at

17   pages 2-3 of the Order Of Dismissal With Leave To Amend For Plaintiff Jones (Docket # 12.).  The

18   Court dismissed the two additional plaintiffs from this action, without prejudice to each of them

19   filing a new action asserting his own claims.  The Court granted leave to amend only for Mr. Jones,

20   and explained that he needed to link each of the dozens of defendants to his § 1983 claims.  (Docket

21   # 12 at 3-4.)   Jones did not file a second amended complaint and instead filed a "request to give and

22   receive clarification to the court." (Docket # 16.)  The Court then issued an order, in which it further

23   explained the deficiencies in the first amended complaint, found that the first amended complaint did

24   not state a claim against any particular defendant, and extended to April 25, 2014 the deadline for

25   Mr. Jones to file a second amended complaint, cautioning that failure to file the second amended

26   ///

27   ///

28   ///

1  complaint would result in the dismissal of this action.  (Docket # 18.)  The extended deadline for Mr.

2  Jones to file a second amended complaint has long passed, and he has not filed a second amended

3  complaint.  Accordingly, this action is dismissed for failure to state a claim upon which relief may

4  be granted.

5

6        IT IS SO ORDERED.

7

8  Dated: September 4, 2014

9  _____

   EDWARD M. CHEN

10  United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2