UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DYRELL W. JONES,

    Plaintiff,

    v.

COUNTY OF CONTRA COSTA; *et al.*,

    Defendants.
_____/

No. C-13-4350 EMC (pr)

**ORDER DENYING REQUEST TO REOPEN THE ACTION**

This *pro se* prisoner's civil rights action was dismissed on September 4, 2014, after Plaintiff failed to file a second amended complaint. The Court waited more than eight months for the second amended complaint before dismissing the action. Plaintiff now requests that the action be reopened so that he can attempt to find counsel to represent him and proceed with his claims, but he is no more ready to litigate now than he was when the action was dismissed. Plaintiff has known since the order filed April 25, 2014 that the Court declined to appoint counsel in this action; he does not now have counsel or explain how he intends to find counsel; he does not explain why he did not file a second amended complaint in the eight months before this action was dismissed; and he does not indicate that he has a second amended complaint ready to file if the action was reopened. Plaintiff's request to reopen the action is DENIED. (Docket # 21.)

    IT IS SO ORDERED.

Dated: November 12, 2014

_____
EDWARD M. CHEN
United States District Judge